# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 11-cr-00036-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CROSBY POWELL,

    Defendant.

## MINUTE ORDER[1]

    On **December 14, 2011**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set a hearing on **Defendant's Motion To Suppress Evidence and Statements** [#94][2] filed December 7, 2011. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: December 8, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#94]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.