**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CRIMINAL ACTION** |
| **v.** | ) | |
| | ) | **No. 11-00036-KHV** |
| **CROSBY POWELL,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**ORDER**

On February 13, 2012, the Court ordered that defendant Crosby Powell be taken into custody to ensure his presence at trial and so that his medications could be monitored. The Court then continued trial until February 14, 2012. Shortly after he was placed in the custody of the United States Marshal's Service, Mr. Powell was transported by ambulance to Denver Health Medical Center due to medical issues. Mr. Powell remains at Denver Health Medical Center in the Correctional Care Medical Facility.

The Court directs that Mr. Powell's attorney, Mr. Barrett Weisz, be allowed to meet with Mr. Powell this morning

**IT IS SO ORDERED**.

Dated this 14th day of February, 2012 at Denver, Colorado.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge