IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00036-KHV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CROSBY POWELL,

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring said United States Marshal to produce the material witness, *CHESTON JEROME FOSTER, YOB 1983*, (FBI Number 986924HB7) before a United States District Judge on Friday, July 16, 2012, for trial in this matter, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until he has appeared as a material witness, and immediately thereafter to return the witness to the institution where he is now confined, under safe and secure conduct.

SO ORDERED this 29th day of June, 2012.

    _____
    UNITED STATES MAGISTRATE JUDGE
    UNITED STATES DISTRICT COURT
    DISTRICT OF COLORADO