## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 11-cr-00036-KHV |
| | ) | |
| CROSBY POWELL, | ) | |
| | ) | |
| Defendant. | ) | |

---

### ORDER EXONERATING BOND

---

This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was remanded to the custody of the United States Marshal at sentencing, or has self-surrendered to the designated facility, as confirmed by the United States Bureau of Prisons. As a result, all the conditions of an appearance bond imposed by the Court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.

**IT IS THEREFORE ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.

**IT IS FURTHER ORDERED** that the bail funds or property deposited into the registry of the Court shall hereby be released by the Clerk of the Court, or a designated deputy, to the surety or the defendant.

Dated at Denver, Colorado, this 7th day of February, 2013.

s/ Kathryn H. Vratil
Kathryn H. Vratil
UNITED STATES DISTRICT JUDGE