# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,     )
     )
          **Plaintiff,**     )
     )     **CRIMINAL ACTION**
**v.**     )
     )     **No. 11-00036-KHV**
**CROSBY POWELL,**     )
     )
          **Defendant.**     )
_____)

## ORDER

This matter comes before the Court on the Motion For Clarification Of Order (Doc. #352) filed February 11, 2013 by defendant's trial counsel, Barrett Weisz. The motion notes that defendant has recently filed pleadings seeking assistance of an attorney to investigate newly discovered evidence. Mr. Weisz asks the Court to clarify the status of his appointment to represent defendant under the Criminal Justice Act.

The Court notes that the Tenth Circuit has allowed Mr. Weisz to withdraw as counsel, and has appointed Ty Gee to represent Mr. Powell on appeal. See Tenth Circuit Order (Doc. #317) filed January 7, 2013. The Court therefore confirms Mr. Weisz' understanding that his representation of Mr. Powell has concluded. As the Court sets forth in a separate order addressing defendant's recent motions and letters requesting appointment of post-conviction counsel, defendant should consult Ty Gee concerning any post-conviction issues.

**IT IS THEREFORE ORDERED** that the Motion For Clarification Of Order (Doc. #352) filed February 11, 2013 by defendant's trial counsel, Barrett Weisz, be and hereby is **SUSTAINED**.

The Court confirms that Mr. Weisz' CJA appointment to represent defendant has concluded.

Dated this 20th day of February, 2012 at Kansas City, Kansas.

<u>s/ Kathryn H. Vratil</u>
Kathryn H. Vratil
United States District Judge